UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DANICIA PERK | ) | |
| | ) | |
| v. | ) | NO. 3:12-0913 |
| | ) | JUDGE CAMPBELL |
| NYRSTAR NV | ) | |

ORDER

Pending before the Court is the Defendant's Motion for Leave to File Brief in Excess of Twenty-Five Pages (Docket No. 40). The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE